IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIZY K. JOHN, <br><br> Plaintiff, <br><br> v. <br><br> LATTICE SEMICONDUCTOR CORP., <br><br> Defendant. | CIVIL ACTION NO. <br> 2-07-CV-241 (DF) <br><br> Honorable David J. Folsom U.S.D.J. |

## AGREED MOTION TO STAY ALL PROCEEDINGS PENDING REEXAMINATION

Defendant Lattice Semiconductor Corp. ("Lattice") and Plaintiff Lizy K. John ("John") jointly request that the Court stay all proceedings in this case pending final resolution of the request for reexamination of U.S. Patent No. 5,867,422 ("the '422 Patent") filed with the United States Patent and Trademark Office by Lattice in September 2007. This Court previously extended Lattice's deadline to respond to John's complaint on two occasions. Lattice has not yet answered John's complaint, and pursuant to this stay is not required to do so. The parties will inform the Court upon final resolution of the reexamination of the '422 Patent.

Dated: October 4, 2007

Agreed to and respectfully submitted by:

By: /s/ David Healey
    David Healey
    Lead Attorney
    State Bar No. 09327980
    david.healey@weil.com
    Weil, Gotshal & Manges LLP
    700 Louisiana, Suite 1600
    Houston, Texas 77002
    Telephone: 713-546-5000
    Facsimile: 713-224-9511

    OF COUNSEL

    Matthew D. Powers
    CA State Bar No. 104795
    matthew.powers@weil.com
    Steven S. Cherensky
    CA State Bar No. 168275
    steven.cherensky@weil.com
    Weil, Gotshal & Manges LLP
    201 Redwood Shores, CA 94065
    Telephone: 650-802-3000
    Facsimile: 650-802-3100

**ATTORNEYS FOR DEFENDANT, LATTICE SEMICONDUCTOR CORP.**

By: /s/ Christopher A. LaVoy
    Christopher A. LaVoy
    Lead Attorney
    AZ State Bar No. 016609
    cal@lavcoychernoff.com
    LAVOY & CHERNOFF, P.C.
    Bank One Center
    201 N. Central Ave., Suite 3300
    Phoenix, AZ 85004
    Telephone: 602-253-3337
    Facsimile: 602-253-3389

    OF COUNSEL

    Joseph R. Meaney
    AZ State Bar No. 017371
    jmeaney@ellisvenable.com
    ELLIS & VENABLE, P.C.
    101 N. First Avenue, Suite 1875
    Phoenix, AZ 85003
    Telephone: 602-631-9100
    Facsimile: 602-631-9796

**ATTORNEYS FOR PLAINTIFF, LIZY K. JOHN**

## **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

                                                      __/s/ *David Healey*__