IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIZY K. JOHN, § § § Plaintiff, § § v. § § LATTICE SEMICONDUCTOR CORP. § § Defendant. § § § | CIVIL ACTION NO. 2-07-CV-241 (DF) Honorable David J. Folsom U.S.D.J. |

**ORDER GRANTING AGREED MOTION FOR STAY PENDING REEXAMINATION**

The Court, having considered the Agreed Motion to Stay All Proceedings Pending Reexamination, hereby GRANTS that motion and orders that all proceedings in this case are stayed pending final resolution of the request for reexamination of U.S. Patent No. 5,867,422 ("the '422 Patent"). The parties are to notify the Court when the reexamination of the '422 Patent has been finally resolved. Defendant Lattice Semiconductor has not yet answered the complaint in this action, and pursuant to this stay is not required to do so.

SIGNED this 5th day of October, 2007.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE